# WR-67,617-03

## CASE NO.

Anthony Mares

    Petitioner

vs.

The STATE OF TEXAS

§
§
§
§
§
§
§
§
§

COURT

OF

CRIMINAL

APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 08 2015
Abel Acosta, Clerk

## PETITION FOR EXTENSION OF TIME TO FILE PETITION OF DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS :

Comes now Anthony Mares, petitioner, and respectfully moves the court to extend the deadline for filing his PETITION OF DISCRETIONARY REVIEW. In support, Petitioner would show the following:

### I

This is Petitioners first request for a time extension. Petitioner is unable to meet the 15 day deadline due to the following reasons:
1) Petitioner is a lay person;
2) Petitioner has limited legal knowledge thereby slowing down my research and;
3) Petitioner has a limited amount of Law Library time. (2 hours) per day.

### II

For the reasons stated above Petitioner respectfully requests an additional fifteen days to complete the Petition for Discretionary review.

### III

Petitioner PRAYS that the court grant this petition and extend the time to file a Petition For Discretionary Review by fifteen days.

Signed on May 05,2015

1.

ANTHONY MARES#880296
FERGUSON UNIT
12120 SAVAGE DR.
MIDWAY,TEXAS 75852

Tr. Ct. No 24573-C
WR-67,617-03

2